# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:    Patricia Glover      Date: May 2, 2008
Court Reporter:      Paul Zuckerman
Interpreter:      Melinda Gonzalez-Hibner

Criminal Action No. 06-cr-00431-MSK

| *Parties*: | *Counsel*: |
|---|---|
| UNITED STATES OF AMERICA, | Mark Barrett |
| Plaintiff, | |
| v. | |
| JOSE ALFREDO SANCHEZ-GUSMAN, | Ronald Gainor |
| Defendant. | |

---

## ARRAIGNMENT AND CHANGE OF PLEA HEARING

---

**3:10 p.m.**      **Court in session.**

Defendant present in custody.

Interpreter sworn.

Defendant is arraigned on Count 1 of the **Information.** Defendant pleads guilty to Count 1 of the **Information.** The Government intends to dismiss Counts 1, 7, and 12 of the **Indictment** against this defendant.

The Court advises the defendant of his right to be indicted by the grand jury. The defendant waives his right to indictment.

Defendant sworn.

Defendant advised regarding:

     1)      The Plea Agreement;
     2)      The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;
     3)      The objectives and factors in 18 U.S.C. §3553(a).

The Government makes an oral motion to dismiss Counts 1, 7 and 12 of the Indictment against this defendant. The defendant does not object.

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

Oral findings are made of record.

**ORDER:**   The Government's Motion to Dismiss Counts 1, 7 and 12 of the Indictment against this defendant is **GRANTED, but the effect of the Order is stayed until time of sentencing.**

**ORDER:**   Plea Agreement and Statement by Defendant in Advance of Plea of Guilty (and any translations thereof) are received.

**ORDER:**   Defendant's plea is accepted and defendant is adjudged guilty as charged in **Count 1 of the Information.**

**ORDER:**   Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDER:**   Sentencing hearing is set **August 4, 2008 at 10:45 a.m.,** in Courtroom A901, 901 19th Street, Denver, Colorado.

**ORDER:**   Pending Motion (**Doc.# 720**) is **DENIED as moot..**

**ORDER:**    Defendant is remanded to the custody of the United States Marshal through the sentencing hearing.

**3:55 p.m.**    **Court in recess.**

**Total Time:   45 minutes.**
**Hearing concluded.**