UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00431-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. RIGOVERTO VALLE-SIERRA,
   a/k/a "Jorge,"
2. **JOSE ALFREDO SANCHEZ-GUSMAN,**
   **a/k/a Jose Alfredo Guzman,**
   **a/k/a "Macaco,"**
3. BOGAR GONZALEZ-ITUARET,
   a/k/a Bogar Gonzalez-Ituarte,
   a/k/a "Hugo,"
   a/k/a Pedro Torres,
4. MARTIN GOMEZ-BERRERA,
   a/k/a Martin Gomez-Barrera,
   a/k/a "Huevo,"
   a/k/a "Huevito,"
   a/k/a Mario Alberto Osuna-Cuen,
5. FERNANDO VALENZUELA-SOTO,
   a/k/a Roberto Martinez-Beltran,
   a/k/a Mario Alberto Ozuna,
   a/k/a Mario Alberto,
   a/k/a "Jaime,"
   a/k/a Jose A. Zasueta,
   a/k/a Juan Al Parra,
   a/k/a Jaime Martinez-Beltran,
   a/k/a "Juan,"
   a/k/a 'Cameleon,"
   a/k/a "Sinola,"
6. HECTOR JESUS ZAMUDIO-TOLOZA,
   a/k/a Hector Jesus Zamudio-Tolosa,
   a/k/a "Tecate,"
7. JOSE QUINTANA,
   a/k/a "Chapo,"
   a/k/a "Chepo,"
   a/k/a 'Chepaneco,"

8. MICHAEL JAMES OVALLE,

      a/k/a Martin Ybarra-Mendoza,
9. ISMAEL GARCIA,
10. ELIZABETH MARCHAND,
      a/k/a Elizabeth Rodriguez,
11. MONICA ESTRADA,
      a/k/a Beatriz Delgado-Rodriguez,
12. AGUSTIN MAGANA-BERMEO,
13. LARRY JOE HERNANDEZ,
14. OMAR VALLE-SIERRA,
      a/k/a Omar Valle,
15. DEBBIE LEE MADRID,
      a/k/a Debbie Madrid,
16. LETICIA MOCTEZUMA,
      a/k/a "Lety,"
17. CHRISTINA FERNANDEZ-MOLINA,
      a/k/a 'Guera,"
18. ROBERT JOSE CERVANTES JR.,
19. ENEAS CAMACHO-DOMINGUEZ,
20. VINCE BENAVIDEZ, and
21. LUIS LUNA,
      a/k/a "Juan,"

      Defendants.

## ORDER SETTING DATE FOR RESPONSE TO MOTION

THIS MATTER comes before the Court on the Government's Motion to Continue Sentencing (Motion) filed July 29, 2008, **(#911)**. The Motion contains no agreement between the parties, therefore, in order to provide adequate opportunity for response and for prompt determination,

**IT IS HEREBY ORDERED** that any response or objection to the Motion shall be filed with the Court no later than **August 1, 2008.** Objections and requests for hearing shall clearly specify the grounds upon which they are based, including citation of supporting legal authority, if any. In the absence of a timely objection, the Court may grant the above-described Motion.

DATED this 30th day of July, 2008.

BY THE COURT:

_____
Marcia S. Krieger
United States District Judge