## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: December 22, 2008 |
| Court Reporter: | Paul Zuckerman | |
| Probation Officer: | Michelle Means | |
| Interpreter: | Melinda Gonzales-Hibner | |

Criminal Action No. 06-cr-00431-MSK

*Parties*:　　　　　　　　　　　　　　　　*Counsel*:

UNITED STATES OF AMERICA,　　　　Mark Barrett

　　　　Plaintiff,

v.

2. JOSE ALFREDO SANCHEZ-　　　　Ronald Gainor
GUSMAN,

　　　　Defendant.

---

## SENTENCING MINUTES
---

**2:36 p.m.**　　**Court in session**.

Defendant present in custody.

This hearing is continued from August 7, 2008.

Interpreter sworn.

**Change of Plea Hearing on May 2, 2008. Defendant pled guilty to Count 1 of the Information.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do** request departure (**Doc. #920**). Argument by the Government. The defendant does not object and joins in the Government's argument..

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). (**Doc. #903, #988**). Argument by Mr. Gainor.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

**Witness sworn for the defendant :Michael J. Torres, Ph.D.:**
**2:52 p.m.** Direct Examination by Mr. Gainor.

Cross examination of witness by Mr. Barrett.

No redirect examination of witness.

Further argument by Mr. Gainor.

Allocution. - Statements made by: The Government, the defendant.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

Oral findings are made of record.

**ORDER:** The Government's Motion for Departure (**Doc. #920**) is **GRANTED.**

**ORDER:** Defendant's Motions for Variance (**Doc. #903, 988**) are **DENIED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**3:39 p.m.** **Court in recess.**

Total Time: 1 hour 3 minutes
Hearing concluded.